UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   THOMAS PATRICK ALDRIDGE<br>   TONYA GAIL ALDRIDGE<br><br>                     Debtors | CASE NO: 05-41826<br>      (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4060633**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | THOMAS PATRICK ALDRIDGE & TONYA GAIL ALDRIDGE<br>521 AUSTIN SMITH DRIVE<br>MONROE, OH  45050 | 25.37 |

    /s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/9/2011

Certificate of Service 05-41826

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| THOMAS PATRICK ALDRIDGE | RICHARD E WEST | (34.1n) |
| TONYA GAIL ALDRIDGE | 195 E CENTRAL AVE | ATTY GENERAL STATE OF OHIO |
| 521 AUSTIN SMITH DRIVE | BOX 938 | % REBECCA DAUM |
| MONROE, OH  45050 | SPRINGBORO, OH  45066 | 30 E BROAD ST 23RD FL |
|  |  | COLUMBUS, OH  43215 |
| (36.1n) | (37.1n) | (35.1n) |
| B FIRST LLC | ECAST SETTLEMENT CORPORATION | PORTFOLIO RECOVERY ASSOCIATES |
| MAIL STOP 550 | BOX 35480 | BOX 41067 |
| 2101 FOURTH AVENUE SUITE 1030 | NEWARK, NJ  07193 | NORFOLK, VA  23541 |
| SEATTLE, WA  98121 |  |  |

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv